261 So.2d 766

**In re Lovis C. LAMMERS**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Corp.**

**Ex parte Lovis C. Lammers.**

**8 Div. 485.**

Supreme Court of Alabama.

April 27, 1972.

Robert W. Walker and William T. Musgrove, Jr., Florence, for petitioner.

Robert E. Jones, III, Florence, opposed.

LAWSON, Justice.

Petition of Lovis C. Lammers for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Lammers v. State Farm Mutual Automobile Insurance Co., a Corporation, 261 So.2d 757.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

259 So.2d 862

**In re Phillip LUTHER**

v.

**STATE.**

**Ex parte Phillip Luther.**

**8 Div. 476.**

Supreme Court of Alabama.

March 30, 1972.

Rogers, Howard, Redden & Mills, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., for the State.

MADDOX, Justice.

Petition of Phillip Luther for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Luther v. State, 47 Ala.App. 647, 259 So.2d 857.

Writ denied.

HEFLIN, C. J., and LAWSON, MERRILL and HARWOOD, JJ., concur.

256 So.2d 923

**In re Ronald McCAY, alias**

v.

**STATE.**

**Ex parte Ronald McCay.**

**6 Div. 929.**

Supreme Court of Alabama.

Dec. 2, 1971.

James D. Forstman, Richard L. Taylor, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., opposed.

McCALL, Justice.

Petition of Ronald McCay for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McCay, alias v. State, 47 Ala. App. 496, 256 So.2d 920.

Writ denied.

HEFLIN, C. J., and LAWSON, COLEMAN and BLOODWORTH, JJ., concur.